# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darlakay Bossler <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-16166 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A and index same on the master mailing list.

Re: Loan # Ending In: 2718

                    Respectfully submitted,

                    **/s/Denise Carlon, Esquire**
                    Denise Carlon, Esquire
                    Thomas Puleo, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322  FAX (215) 627-7734