UNITED STATES BANKRUPTCY COURT          **EASTERN** DISTRICT OF PENNSYLVANIA
In RE:  Darlakay Bossler                               Case No:  16-16166

# AMENDED - CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used, they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee.  Debtor and/or debtor's employer shall pay to the trustee the sum of  **$383.66**       *monthly* for a period of:  54  months..  From the payments so received, the Trustee shall make disbursements as follows:

   A.   ADMINISTRATIVE CLAIMS.
     1.   Trustee Commissions (as statutorily allowed.)

B.  PRIORTY CLAIMS
   1.  Internal Revenue Service, PO. Box 7346, Philadelphia, PA  19101
       $5,494.70 to be paid through plan.

   2.  PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA  17128
       $540.96 to be paid throught the plan

C.  SECURED CLAIMS

   Claim No. 2  American Honda Finance Corp, P.O. box 168088, Irving, TX  75016-8088
       Debtor will surrender their interests in this vehicle.  Payments to be made outside of the plan by the co-debtor on this loan

   Claim No. 3  JP Morgan Chase, P.O. Box 29505 AZ1-1191, Phoenix, AZ  85038
       Arrears: 2766.72 to be paid through the plan.
       $26,136.94 to be paid outside of the plan

D. UNSECURED CREDITORS
       Pay unsecured creditors pro rata.

   TOTAL LENGTH OF PLAN  60

        TOTALAMOUNT OF PLAN    $21,314.75
    LESS PAYMENTS MADE TO DATE:         600.00

    TOTAL REMAINING DUE:          $20,717.73/54payments=$383.66

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 *U.S.C./350.*

*Dated: 3/9/2017      s/Paul H. Herbein, Esq.*