# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Darlakay Bossler<br>　　　　　　　　　Debtor<br><br>JPMorgan Chase Bank, N.A., its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>Darlakay Bossler | CHAPTER 13<br><br><br>NO. 16-16166 REF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, N.A., which was filed with the Court on or about **December 9, 2016** Document No. 14.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　215-627-1322

July 31, 2017