IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: DARLAKAY J. BOSSLER ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICAN HONDA FINANCE ) | CASE NO. 16-16166 (REF) |
| CORPORATION ) | |
| **Moving Party** ) | HEARING DATE: **7-20-17 at 9:30 AM** |
| ) | |
| v. ) | 11 U.S.C. 362 |
| DARLAKAY J. BOSSLER ) | |
| MELINDA STACY JOHNSON ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between American Honda Finance Corporation and the Debtor in settlement of the MOTION FOR STAY RELIEF AND CO-DEBTOR RELIEF, and filed on or about September 6, 2017, in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: September 11, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE