# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        Case No. 16-16166
                                    :
**Darlakay J. Bossler,**            :
         Debtor                     :        CHAPTER 13

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, PAUL H. HERBEIN, ESQUIRE, attorney for Debtor, hereby certify that:

1. The Application for Compensation and Reimbursement of Expenses and Notice was served upon the U.S. Trustees Office; Chapter 13 Trustee, Frederick L. Reigle's Office, Darlakay J. Bossler and all creditors and interested parties;

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated:  _October 25, 2017_____          _/s/ Paul H. Herbein, Esquire
                                                                   PAUL H. HERBEIN, ESQUIRE
                                                                   Attorney for Debtor
                                                                   Attorney I.D. #55200
                                                                   2601 Centre Avenue
                                                                   Reading, PA  19605
                                                                   (610) 921-4545