# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **Darlakay J. Bossler** | : |
| Debtor | : CHAPTER 13 |
| | : |
| | : Docket No.: 16-16166 |

## ORDER

AND NOW, upon consideration of the fee application of Paul H. Herbein, Esquire, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office and all other interested parties, with no outstanding objection, it is hereby:

ORDERED that the application for fees is approved and the applicant may receive fees of $3,500.00, of which $3,500.00 is for attorney's fees and $ 0.00 is for expense reimbursement of which $ 1,500.00 has been paid.

**Date: October 26, 2017**

_____, J.