United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16166-ref
Darlakay J. Bossler                                             Chapter 13
Darlakay J. Bossler
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1           Date Rcvd: Oct 26, 2017
                             Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db         +Darlakay J. Bossler,    MAILING ADDRESS:,   PO Box 703,    Fleetwood, PA 19522-0703
db         +Darlakay J. Bossler,    731 Daniel Drive,   Reading, PA 19605-9106
intp       +Melinda Ebling,   344 Memorial Highway,    Fleetwood, PA 19522-8925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 27 2017 01:47:46
                 American Honda Finance Corporation,    P.O. Box 166469,   Irving, TX   75016
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 01:55:21      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL H. HERBEIN    on behalf of Debtor Darlakay J. Bossler PHERBEIN@AOL.COM,    herbeinlaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| | : |
| **Darlakay J. Bossler** | **:** |
| Debtor | :  CHAPTER 13 |
| | : |
| | :  Docket No.: 16-16166 |

## ORDER

AND NOW, upon consideration of the fee application of Paul H. Herbein, Esquire, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office and all other interested parties, with no outstanding objection, it is hereby:

ORDERED that the application for fees is approved and the applicant may receive fees of $3,500.00, of which $3,500.00 is for attorney's fees and $ 0.00 is for expense reimbursement of which $ 1,500.00 has been paid.

**Date: October 26, 2017**

_____, J.