| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-16166-PMM

DARLAKAY J. BOSSLER
731 DANIEL DRIVE
READING  PA    19605-9605

Petition Filed Date: 09/01/2016
341 Hearing Date: 11/15/2016
Confirmation Date: 08/10/2017

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $407.88 | 24799586512 | 04/09/2019 | $450.07 | 24799589651 | 05/29/2019 | $450.07 | 17975726461 |
| 06/10/2019 | $450.07 | 17975726504 | 07/09/2019 | $450.07 | 17975726632 | 08/14/2019 | $450.07 | 24799595264 |
| 09/10/2019 | $450.07 | 17685428067 | 10/09/2019 | $450.07 | 19029918076 | 11/13/2019 | $450.07 | 19029918245 |
| 12/10/2019 | $450.07 | 19048986424 | 01/10/2020 | $450.07 | 19047105011 | 02/10/2020 | $450.07 | 19048986663 |
| 03/10/2020 | $450.07 | 19073560561 | 04/06/2020 | $450.07 | 19073560734 | 05/11/2020 | $450.07 | 19096152568 |
| 06/05/2020 | $450.07 | 19096152754 | 07/21/2020 | $450.07 | 19116310649 | 08/11/2020 | $450.07 | 19116310737 |

**Total Receipts for the Period: $8,059.07   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,176.11**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 012 | Unsecured Creditors | $821.43 | $453.53 | $367.90 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $1,831.84 | $1,011.44 | $820.40 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $952.62 | $525.97 | $426.65 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $292.11 | $161.26 | $130.85 |
| 8 | CAVALRY INVESTMENTS LLC<br>»» 008 | Unsecured Creditors | $1,924.86 | $1,062.76 | $862.10 |
| 9 | CAVALRY INVESTMENTS LLC<br>»» 009 | Unsecured Creditors | $2,074.85 | $1,145.58 | $929.27 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $5,427.13 | $5,427.13 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $67.57 | $30.73 | $36.84 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $568.79 | $314.04 | $254.75 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $566.19 | $312.61 | $253.58 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $540.96 | $540.96 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $26.75 | $0.00 | $26.75 |

**Chapter 13 Case No. 16-16166-PMM**

| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,561.39 | $862.08 | $699.31 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,788.49 | $987.45 | $801.04 |
| 15 | PAUL H HERBEIN ESQ<br>»» 015 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,176.11 | Current Monthly Payment: | $450.07 |
| Paid to Claims: | $14,835.54 | Arrearages: | ($857.95) |
| Paid to Trustee: | $1,509.11 | Total Plan Base: | $22,169.07 |
| Funds on Hand: | $831.46 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.