| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-16166-PMM**

DARLAKAY J. BOSSLER
731 DANIEL DRIVE
READING  PA  19605-9605

Petition Filed Date: 09/01/2016
341 Hearing Date: 11/15/2016
Confirmation Date: 08/10/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $450.07 | 19047105011 | 02/10/2020 | $450.07 | 19048986663 | 03/10/2020 | $450.07 | 19073560561 |
| 04/06/2020 | $450.07 | 19073560734 | 05/11/2020 | $450.07 | 19096152568 | 06/05/2020 | $450.07 | 19096152754 |
| 07/21/2020 | $450.07 | 19116310649 | 08/11/2020 | $450.07 | 19116310737 | 09/09/2020 | $450.07 | 19129866585 |
| 10/06/2020 | $450.07 | 19136139499 | 11/10/2020 | $450.07 | 19182063358 | 12/22/2020 | $450.07 | 19182063567 |
| 01/07/2021 | $450.07 | 19203923267 | 02/17/2021 | $450.07 | 19203923517 | 03/09/2021 | $450.07 | 19230918842 |
| 04/07/2021 | $450.07 | 19230919036 | 05/11/2021 | $450.07 | 19262074056 | | | |

**Total Receipts for the Period: $7,651.19    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,226.74**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 012 | Unsecured Creditors | $821.43 | $753.11 | $68.32 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $1,831.84 | $1,679.46 | $152.38 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $952.62 | $873.38 | $79.24 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $292.11 | $267.80 | $24.31 |
| 8 | CAVALRY INVESTMENTS LLC<br>»» 008 | Unsecured Creditors | $1,924.86 | $1,764.75 | $160.11 |
| 9 | CAVALRY INVESTMENTS LLC<br>»» 009 | Unsecured Creditors | $2,074.85 | $1,902.27 | $172.58 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Creditors | $5,427.13 | $5,427.13 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $67.57 | $61.95 | $5.62 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $568.79 | $521.47 | $47.32 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $566.19 | $519.09 | $47.10 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $540.96 | $540.96 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $26.75 | $16.52 | $10.23 |

**Chapter 13 Case No. 16-16166-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,561.39 | $1,431.50 | $129.89 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,788.49 | $1,639.71 | $148.78 |
| 15 | PAUL H HERBEIN ESQ<br>»» 015 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,226.74 | Current Monthly Payment: | $450.07 |
| Paid to Claims: | $19,399.10 | Arrearages: | ($407.88) |
| Paid to Trustee: | $1,819.63 | Total Plan Base: | $22,169.07 |
| Funds on Hand: | $8.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.