United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Darlakay J. Bossler  
Darlakay J. Bossler  
    Debtors

Case No. 16-16166-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Darlakay J. Bossler, MAILING ADDRESS:, PO Box 703, Fleetwood, PA 19522-0703 |
| db | +++ | Darlakay J. Bossler, 731 Daniel Drive, Reading, PA 19605-9106 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13785221 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AHFC, 201 Little Falls Drive, Wilmington, DE 19808 |
| 13785220 | + | Adamstown Veterinarian, 2481 N. Reading Road, Denver, PA 17517-9331 |
| 13785222 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13785231 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13818224 | | Internal Revenue Service, Department of the Treasury, Andover, MA 01810-9041 |
| 13785234 | + | Melinda Bossler, 344 memorial Highway, Fleetwood, PA 19522-8925 |
| 13785235 | + | PA Department of Revenue, P.O. Box 280948, Harrisburg, PA 17128-0948 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2021 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13793204 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2021 23:39:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 13797059 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 03 2021 23:39:00 | American Honda Finance Corporation, P.O. Box 166469, Irving, TX 75016 |
| 13785224 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:16 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13812350 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:16 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13818220 | + | Email/Text: bankruptcy@cavps.com | Nov 03 2021 23:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13785227 | + | Email/Text: bk.notifications@jpmchase.com | Nov 03 2021 23:39:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 13785228 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13785229 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2021 23:51:16 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| | | | Nov 03 2021 23:51:17 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13785233 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2021 23:39:00 | Department of the Treasury, PO Box 7346, Philadelphia PA 19101-7346 |
| 13785230 | | Email/Text: G06041@att.com | Nov 03 2021 23:39:00 | DirecTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 13861996 | | Email/Text: G06041@att.com | Nov 03 2021 23:39:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13806821 | | Email/Text: bk.notifications@jpmchase.com | Nov 03 2021 23:39:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 13845192 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:14 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13866275 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2021 23:51:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13786314 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2021 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13835650 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 03 2021 23:39:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13787081 | | Email/PDF: rmscedi@recoverycorp.com | Nov 03 2021 23:51:14 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13785236 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:16 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 13785237 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:14 | Syncb/Hh Gregg, Po Box 965036, Orlando, FL 32896-5036 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13785223 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13785225 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13785226 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13785232 | ##+ | Hy Cite Corporation, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 13785238 | ##+ | Verizon, P.O. box 4848, Trenton, NJ 08650-4848 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: 138OBJ | Total Noticed: 34 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:

**Name**                              **Email Address**

DENISE ELIZABETH CARLON
                    on behalf of Creditor JPMorgan Chase Bank  N.A. bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

PAUL H. HERBEIN
                    on behalf of Debtor Darlakay J. Bossler PHERBEIN@AOL.COM  herbeinlaw@gmail.com

REBECCA ANN SOLARZ
                    on behalf of Creditor JPMorgan Chase Bank  N.A. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

THOMAS I. PULEO
                    on behalf of Creditor JPMorgan Chase Bank  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Darlakay J. Bossler and Darlakay J. Bossler

        Debtor(s)                        Case No: 16−16166−pmm

                                               Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/3/21

                                                                                                                 55 − 48
                                                                                                       Form 138OBJ